Exhibit "B"

2 COWARDS.
1 ROOF.