Allen Egon Cholakian, JD PhD

International Commercial Arbitration ·Adjudication·Mediation

19th October 2017

United States District Court, District of Massachusetts
Office of the Clerk:
One Courthouse Way
Boston MA 02210

> **Re: Cholakian *v.* United States Internal Revenue Service, Helena Ho, Zhaohua Pen Wei He, et al (Civil Docket: 1:17-cv-11289-DJC)**

Dear Sir / Madam,

On this day I personally appeared before the Clerk's Office of the U.S. District Court, District of Massachusetts, and advised that I have elected to dismiss the above referenced civil matter. In concert with this same said notice, I am also advising in written manner that I would like the subject referenced matter dismissed, as well. In this same regard;

All parties that have been duly served with subpoenas will be advised of the dismissal, accordingly.

Thank you,

Allen Egon Cholakian,
Plaintiff

P.O. Box 380477
Harvard Square Station
Cambridge MA 02238

Paris FR·Cambridge MA US

Egoncholakian@gmail.com